IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| RICKY PETERSON, | ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO.: |
| I. C. SYSTEM, INC., | ) ) |
| Defendant. | ) ) |

### PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

RICKY PETERSON (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against I. C. SYSTEM, INC., (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Iowa, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

6. Plaintiff is a natural person residing in the City of Audubon, County of Audubon, State of Iowa.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a debt collection company with its headquarters in St. Paul, Minnesota.

## FACTUAL ALLEGATIONS

10. Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt.

11. Defendant called Plaintiff on an almost daily basis for a period of two months.

12. Defendant generally called Plaintiff two to three times per day including Saturdays.

13. Defendant has called Plaintiff up to seven times in a single day.

14. Defendant called from its phone number of 208-515-7484 to Plaintiff's number of 712-563-8031.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt; and

    b. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's

a. telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

WHEREFORE, Plaintiff, RICKY PETERSON, respectfully requests judgment be entered against Defendant, I. C. SYSTEM, INC., for the following:

2. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*;

3. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*; and

4. Any other relief that this Honorable Court deems appropriate.

                              RESPECTFULLY SUBMITTED,

Dated: February 17, 2011        By: /s/ J.D. Haas_____
                                      J.D. Haas, Esquire
                                        The Law Office of J.D. Haas
                                        8151 33rd Avenue S., Suite 208
                                        Bloomington, MN 55425
                                        jdhaas@jdhaas.com
                                        Direct Dial: (952) 854-5044
                                        Fax: (952) 854-1665
                                        Attorney for Plaintiff

                                        Of Local Counsel

                                        Krohn & Moss, Ltd
                                        10474 Santa Monica Blvd.
                                        Suite 401
                                        Los Angeles, CA 90025
                                        Tel: 323-988-2400 x235

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, RICKY PETERSON, demands a jury trial in this case.

## **VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF IOWA

   Plaintiff, RICKY PETERSON, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

   Pursuant to 28 U.S.C. § 1746(2), I, RICKY PETERSON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

01-19-2011
Date

*Ricky R. Peterson*
RICKY PETERSON