**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | | |
|---|---|---|
| RICKY PETERSON, | ) | CASE NO. 1:11-cv-00009 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| I.C. SYSTEM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned hereby certifies that Defendant I.C. System, Inc., served Defendant's Rule 26(a)(1) Initial Disclosures on the Plaintiff on September 2, 2011 by e-mail transmission addressed to his attorney as follows:

 J.D. Haas
 jdhaas@jdhaas.com

DATED this 2nd day of September, 2011.

       I.C. SYSTEM, INC., Defendant

      By: s/ Joshua C. Dickinson
       Joshua C. Dickinson, AT0009512
       Attorney for Defendant
       Spencer Fane Britt & Browne LLP
       9420 Underwood Avenue, Suite 200
       Omaha, NE 68114
       Telephone: (402) 965-8600
       Facsimile: (402) 965-8061
       E-mail: jdickinson@spencerfane.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Southern District of Iowa, with notice of case activity generated and sent electronically to all counsel of record this 2nd day of September, 2011.

       s/ Joshua C. Dickinson
       Attorney for Defendant

OM 154035.1