IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| RICKY PETERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 1:11-cv-00009-REL |
| | ) | |
| I. C. SYSTEM, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE**

IT IS HEREBY ORDERED that the parties' joint Stipulation to Dismiss Case with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), is GRANTED. Accordingly, the above-captioned matter is hereby dismissed with prejudice, each side to bear their own fees and costs.

IT IS SO ORDERED.

DATED: 1/9/2012

_____

Honorable Judge
United States District Judge

1